### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

___

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| DOMENIC DESEI | : | |
| | : | Bankruptcy Case No. 15-17430 |
| | : | |
| Debtor | : | |
| | : | |

___

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Internal Revenue Service in this case.

PLEASE TAKE NOTICE that the Internal Revenue Service respectfully requests that all notices given or required to be given in this case by the Court and/or any party be given to the Internal Revenue Service by the undersigned counsel.

Anthony St. Joseph, Assistant United States Attorney
U.S. Attorney's Office for the Eastern District of Pennsylvania
615 Chestnut Street
Suite 1250
Philadelphia, PA  19106

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

/s/ *Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: 215-861-8267
Fax:    215-861-8618
anthony.stjoseph@usdoj.gov

Dated:  August 29, 2016

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| DOMENIC DESEI | : | |
| | : | Bankruptcy Case No. 15-17430 |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Anthony St. Joseph, hereby certify that the Notice of Appearance has been filed electronically on August 29, 2016, and is available for viewing and downloading from the Court's Electric Case Filing System.

I further certify that I have this day served the foregoing document by first class mail, postage prepaid, on the following:

Domenic Desei
165 Garibaldi Avenue
Roseto, PA 18013

Dated: August 29, 2016

/s/ *Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney