United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-17430-ref
Domenic Desei                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Keith          Page 1 of 1          Date Rcvd: Oct 27, 2017
                           Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db          +Domenic Desei,   165 Garibaldi Ave,   Roseto, PA 18013-1366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
          ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
          Company, ecfmail@mwc-law.com,  ecfmail@mwc-law.com
          ANTHONY  ST. JOSEPH    on behalf of Creditor    Anthony St. Joseph on Behalf of IRS
          anthony.st.joseph@usdoj.gov,  mardella.suarez@usdoj.gov
          CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue
          crmomjian@attorneygeneral.gov
          DAVID  NEEREN    on behalf of Creditor    HSBC Bank USA, National Association  as Trustee for ACE
          Securities Corp. Home Equity Loan Trust, Series 2004-OP1, Asset Backed Pass-Through Certificates
          dneeren@udren.com,  vbarber@udren.com
          DAVID  NEEREN    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for
          dneeren@udren.com,  vbarber@udren.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    City of Easton jwood@portnoffonline.com,
          jwood@ecf.inforuptcy.com
          JOHN  MOLNAR    on behalf of Creditor    Bangor Borough Authority molnar@ptd.net,
          G25801@notify.cincompass.com
          JOHN EVERETT COOK    on behalf of Debtor Domenic  Desei bankruptcy@everettcooklaw.com,
          G29494@notify.cincompass.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
          agent for Deutsche Bank National Trust Company, as Trustee mwaldt@milsteadlaw.com,
          bkecf@milsteadlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                           TOTAL: 13

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  DOMENIC ANTHONY DESEI,  :  Bankruptcy No. 15-17430REF

Debtor  :  Chapter 13

# <u>ORDER</u>

AND NOW, this 27 day of October, 2017, upon Debtor's motion for

leave to file a new Chapter 13 case, and upon the hearing on Debtor's motion

yesterday at which Debtor testified under direct and cross examination, and upon

my consideration of the testimony and exhibits presented in the hearing on this

issue, and upon Debtor and his wife having previously filed eleven individual or

joint cases in the eight years from 2008 through 2015, and upon my dismissing

Debtor's 2015 case (the above-captioned, most recent case) with prejudice, barring

Debtor for five years from filing another petition, either individually or jointly with

his wife, and upon Debtor filing his motion individually, presenting the possibility

of his wife filing yet another case, and upon Debtor's failure to prove any effort to

sell, or to list for sale, any of his properties until very recently – more than 16

months after his prior case was dismissed, and upon Debtor's failure to prove

(upon questioning by counsel for the Chapter 13 Trustee) his ability to pay the

required monthly payments that he would face in a Chapter 13 case, and upon

Debtor's failure to prove legitimate agreements of sale for some of his properties,

and upon Debtor's failure to prove to me that sufficient circumstances exist to

permit him to file a new bankruptcy case,

        IT IS HEREBY ORDERED that Debtor's motion for leave to file a

new case is DENIED.

BY THE COURT

RICHARD E. FEHLING
United States Bankruptcy Judge